UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BERNARD KELLY,** | **2:25-CV-12082-TGB-EAS** |
| Plaintiff, | HON. TERRENCE G. BERG |
| v. | **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT (ECF NO. 10)** |
| **MICHAEL G. SEIDEL and CHRISTINA TROIANI,** | |
| Defendants, | **AND EXTENDING TIME TO SUBMIT SERVICE DOCUMENTS** |

Plaintiff Bernard Kelly ("Kelly"), proceeding pro se, filed a complaint against Michael G. Seidel and Christina Troiani alleging statutory and constitutional violations for improperly withholding release of requested documents.

On October 14, 2025, Kelly was granted in forma pauperis status and ordered to complete service documents and return them to the Clerk's Office within fourteen days, so that the United States Marshal may serve the documents on the defendants. ECF Nos. 6 & 7. On October 28, 2025, Plaintiff filed a motion to extend the time to complete the service documents, explaining he was incarcerated and faced difficulties and delays in obtaining the necessary documents. ECF No. 8. The Court granted the motion and gave him until November 27, 2025 to return completed service documents to the Clerk's Office. ECF No. 9.

However, he did not do so, and instead, on November 24, 2025, Plaintiff filed a motion for leave to amend his complaint. ECF No. 10. Plaintiff did not attach any proposed amended complaint to the motion. Because no defendant has been served yet, **Plaintiff may amend his complaint within 14 days of this Order**.

Regardless of whether Plaintiff chooses to amend his complaint, he is **required to complete and return the service documents, as previously ordered—including either the original or the amended complaint, as he chooses—within 14 days of this Order or of the date of the filing of the Amended Complaint, whichever is later, so that the United States Marshal may serve the documents on the defendants.** No further extension will be granted, and failure to timely file the amended complaint and return the completed service documents may lead to dismissal of this action without prejudice for failure to prosecute the case. An essential part of prosecuting any civil case is the important step of serving the defendants with the complaint.

Therefore, it is **ORDERED** that Plaintiff is **GRANTED** leave to file an Amended Complaint within fourteen (14) days of this Order. If Plaintiff files an Amended Complaint, **IT IS FURTHER ORDERED THAT** within fourteen (14) days from the date of the filing of the Amended Complaint, Plaintiff **SHALL COMPLETE AND PRESENT TO THE CLERK'S OFFICE** one copy of the operative complaint for

2

each defendant, two USM 285 forms for each defendant, and three summons for each defendant.

If Plaintiff decides not to file an Amended Complaint, it is **FURTHER ORDERED** that **WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THIS ORDER**, Plaintiff **SHALL COMPLETE AND PRESENT TO THE CLERK'S OFFICE** one copy of the operative complaint for each defendant, two USM 285 forms for each defendant, and three summons for each defendant.

**SO ORDERED**.

Dated: April 20, 2026        /s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE